**ORAL ARGUMENT NOT YET SCHEDULED**

No. 25-5313

In the United States Court of Appeals
for the District of Columbia Circuit

**LAS AMERICAS IMMIGRANT
ADVOCACY CENTER** et al.,

*Plaintiffs–Appellees*,

v.

**UNITED STATES DEPARTMENT
OF HOMELAND SECURITY** et al.,

*Defendants–Appellants*.

On Appeal from a Judgment
of the United States District Court
for the District of Columbia

**DEFENDANTS–APPELLANTS'
UNOPPOSED MOTION TO EXTEND TIME
FOR FILING OPENING BRIEF**

Defendants–Appellants move this Court under Fed. R. App. P. 27 for a 60-day extension of time to file the opening brief in this case. Plaintiffs–Appellees do not oppose this motion.

This is Defendants' first request for an extension of time, and it is supported by good cause. On May 9, 2025, the district court entered judgment in the underlying proceedings, vacating certain challenged regulatory provisions and agency guidance. ECF Nos. 91–92. On June 3, 2025, Plaintiffs moved to alter or amend the judgment. ECF No. 93. The district court denied that motion on July 28, 2025.

On August 27, 2025, Defendants filed a protective notice of appeal. *See* Justice Manual § 2-2.132 ("[I]f the time for appeal or cross-appeal is about to expire . . . and the United States Attorney has not received notice from the appellate section of the appropriate division of the Department as to whether an appeal is to be taken, a 'protective' notice of appeal must be filed . . . in order to preserve the government's right to appeal."); *id.* § 2-2.150. On November 17, 2025, this Court set a schedule requiring Defendants' brief be filed by December 29, 2025.

An extension of 60 days should be sufficient for Defendants to determine whether to pursue an appeal (and as to which issues) as well

1

as to prepare their opening brief. The Solicitor General must decide "whether, and to what extent, appeals will be taken by the Government to all appellate courts." 28 C.F.R. § 0.20(b). Here, the process remains ongoing to determine whether an appeal is appropriate and as to which issues. Accordingly, additional time is required to complete the appeal determination. Further, once that determination is made, if appeal is to be pursued, Defendants' counsel will need to confer with Defendants and agency counsel in the process of drafting the opening brief.

For the foregoing reasons, this Court should grant this unopposed motion for a 60-day extension of time to file Defendants' opening brief.

Respectfully submitted,

| | |
|---|---|
| **Brett A. Shumate**<br>Assistant Attorney General<br>Civil Division<br><br>**Ernesto H. Molina**<br>Deputy Director<br>Office of Immigration Litigation | s/Christopher Ian Pryby<br>**Christopher Ian Pryby**<br>California Bar No. 334613<br>D.C. Bar No. 90030774<br>Trial Attorney<br>Office of Immigration Litigation<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044-0878<br>(202) 598-5526<br>christopher.i.pryby@usdoj.gov |
| Dated: December 12, 2025 | *Counsel for Defendants–Appellants* |

# Certificate of Compliance
# for Papers Submitted Under Fed. R. App. P. 27(d)(2)(A)

1.  This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 334 words.

2.  This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word for Microsoft 365 MSO (Version 2509 Build 16.0.19231.20138) 64-bit.

Dated: December 12, 2025            s/Christopher Ian Pryby            
                                    **Christopher Ian Pryby**