# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-5313**                      **September Term, 2025**

1:24-cv-01702-RC

Filed On: February 6, 2026 [2157968]

Las Americas Immigrant Advocacy Center, et al.,

       Appellees

       v.

United States Department of Homeland Security, et al.,

       Appellants

## O R D E R

Upon consideration of appellants' unopposed motion for extension of time to file the opening brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | March 30, 2026 |
| Appendix | March 30, 2026 |
| Appellees' Brief | April 29, 2026 |
| Appellants' Reply Brief | May 20, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk