# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5313**                                                  **September Term, 2025**

**1:24-cv-01702-RC**

**Filed On: April 22, 2026** [2169857]

Las Americas Immigrant Advocacy Center,
et al.,

       Appellees

    v.

United States Department of Homeland
Security, et al.,

       Appellants

## O R D E R

Upon consideration of appellants' unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | May 26, 2026 |
| Appendix | May 26, 2026 |
| Appellees' Brief | June 25, 2026 |
| Appellants' Reply Brief | July 16, 2026 |

      **FOR THE COURT:**
      Clifton B. Cislak, Clerk

   BY:   /s/
      Michael C. McGrail
      Deputy Clerk