# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5313**

**September Term, 2025**

**1:24-cv-01702-RC**

**Filed On: May 21, 2026** [2174460]

Las Americas Immigrant Advocacy Center,
et al.,

      Appellees

    v.

United States Department of Homeland
Security, et al.,

      Appellants

### **O R D E R**

Upon consideration of appellants' unopposed motion to extend time for filing opening brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | June 23, 2026 |
| Appendix | June 23, 2026 |
| Appellees' Brief | July 23, 2026 |
| Appellants' Reply Brief | August 13, 2026 |

      **FOR THE COURT:**
      Clifton B. Cislak, Clerk

BY:   /s/
      Scott H. Atchue
      Deputy Clerk