# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5313**

**September Term, 2025**

**1:24-cv-01702-RC**

**Filed On: June 23, 2026** [2180092]

Las Americas Immigrant Advocacy Center,
et al.,

      Appellees

   v.

United States Department of Homeland
Security, et al.,

      Appellants

## O R D E R

Upon consideration of the government's unopposed motion for extension of time to file the opening brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | July 21, 2026 |
| Appendix | July 21, 2026 |
| Appellees' Brief | August 20, 2026 |
| Appellants' Reply Brief | September 10, 2026 |

                      **FOR THE COURT:**
                      Clifton B. Cislak, Clerk

      BY:    /s/
                 Michael C. McGrail
                 Deputy Clerk