# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5313**

**September Term, 2025**

**1:24-cv-01702-RC**

**Filed On: July 20, 2026** [2184086]

Las Americas Immigrant Advocacy Center,
et al.,

      Appellees

    v.

United States Department of Homeland
Security, et al.,

      Appellants

## O R D E R

Upon consideration of appellants' unopposed motion for extension of time to file the opening brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | August 4, 2026 |
| Appendix | August 4, 2026 |
| Appellees' Brief | September 3, 2026 |
| Appellants' Reply Brief | September 24, 2026 |

                                  **FOR THE COURT:**
                                  Clifton B. Cislak, Clerk

         BY:    /s/
                   Michael C. McGrail
                   Deputy Clerk