# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5313**                                    **September Term, 2025**

**1:24-cv-01702-RC**

**Filed On: August 7, 2026** [2187118]

Las Americas Immigrant Advocacy Center,
et al.,

      Appellees

    v.

United States Department of Homeland
Security, et al.,

      Appellants

## O R D E R

Upon consideration of appellants' unopposed motion for leave to file a corrected brief, and the lodged corrected brief, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged document.

                     **FOR THE COURT:**
                     Clifton B. Cislak, Clerk

           BY:   /s/
                   Michael C. McGrail
                   Deputy Clerk