# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** LAS AMERICAS IMMIGRANT ADVOCACY CENTER, et al.,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

**Case No:** 25-5313

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ☒ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ☒ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Las Americas Immigrant Advocacy Center (Las Americas) | Proceeding under pseudonym: |
| Refugee and Immigrant Center for Education and Legal Services (RAICES) | D.G., E.R., P.S., D.C., L.R., A.E., E.D., T.R., S.G., J.C., |
| | J.R., R.R., E.M., L.B., J.G., L.Q., S.O., J.N., E.C., J.E., |
| | R.C., M.F., W.O., A.L., G.F., J.S. |

### Counsel Information

Lead Counsel: **Keren Zwick**

Direct Phone: ( **312** ) **660-1364** Fax: (312 ) 660-1364 Email: **kzwick@immigrantjustice.org**

2nd Counsel: **Richard Caldarone**

Direct Phone: ( **312**) **235-4619** Fax: ( ) Email: **rcaldaone@immigrantjustice.org**

3rd Counsel: **Mary Georgevich**

Direct Phone: ( **312** ) **660-1615** Fax: ( ) Email: **mgeorgevich@immigrantjustice.org**

Firm Name: **National Immigrant Justice Center (NIJC, NFP)**

Firm Address: **111 Jackson Blvd Ste 800, Chicago, IL 60604**

Firm Phone: ( **312**) **660-1370** Fax: ( ) Email: **litigation@immigrantjustice.org**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)