NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 25-5313

# United States Court of Appeals for the District of Columbia Circuit

LAS AMERICAS IMMIGRANT ADVOCACY CENTER, et al.,
*Plaintiffs-Appellees*

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,
*Defendants-Appellants*

From the United States District Court for the District of Columbia
Case No. 1:24-cv-01702-RC (Hon. Rudolph Contreras)

## PLAINTIFFS-APPELLEES' UNOPPOSED MOTION TO EXTEND TIME FOR FILING RESPONSE BRIEF

Lee Gelernt
Omar C. Jadwat
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: 212-549-2660
lgelernt@aclu.org
ojadwat@aclu.org

Morgan Russell
Cody Wofsy

Lindsay C. Harrison
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
T: 202-639-6000
lharrison@jenner.com

Keren Zwick
Richard Caldarone
Mary Georgevich
NATIONAL IMMIGRANT JUSTICE CENTER
111 West Jackson Boulevard
Suite 800

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
425 California Street, Suite 700
San Francisco, CA 94104
T: 415-343-0770
mrussell@aclu.org
cwofsy@aclu.org

Arthur B. Spitzer
Scott Michelman
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF THE
DISTRICT OF COLUMBIA
529 14th Street, NW, Suite 420
Washington, D.C. 20045
T: 202-457-0800
aspitzer@acludc.org
smichelman@acludc.org

Ashley Alcantara Harris
David A. Donatti
AMERICAN CIVIL LIBERTIES
FOUNDATION OF TEXAS
P.O. Box 8306
Houston, TX 77288
T: 713-942-8146
aharris@aclutx.org
ddonatti@aclutx.org

Chicago, IL 60604
T: 312-660-1370
kzwick@immigrantjustice.org
rcaldarone@immigrantjustice.org
mgeorgevich@immigrantjustice.org

Melissa Crow
CENTER FOR GENDER & REFUGEE
STUDIES
1901 Pennsylvania Avenue, NW
Suite 900, PMB 228
Washington, DC 20006
T: 202-355-4471
crowmelissa@uclawsf.edu

Daniel Hatoum
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 219
Alamo, Texas 78516
T: 512-474-5073, ext. 208
daniel@texascivilrightsproject.org

*Attorneys for Plaintiffs-Appellees*

Plaintiffs-Appellees move this Court under Fed. R. App. P. 26(b) and 27 for an additional 21-day extension of time to file the response brief in this case, until and including November 20, 2026. Defendants-Appellants do not oppose this motion. This is Appellees' third request for an extension of time, and it is supported by good cause.

On May 9, 2025, the district court entered judgment in the underlying proceedings, vacating certain challenged regulatory provisions and agency guidance. ECF Nos. 91-92. On June 3, 2025, Plaintiffs moved to alter or amend the judgment. ECF No. 93. The district court denied that motion on July 28, 2025. ECF No. 99. On August 27, 2025, Defendants filed a notice of appeal.

On November 17, 2025, this Court set a schedule requiring Appellants' brief to be filed by December 29, 2025. On December 12, 2025, Appellants moved for a 60-day extension of time to file their brief. This Court granted that extension, setting a new deadline of February 27, 2026. On February 4, 2026, Appellants moved for an additional 30-day extension. This Court granted that extension, setting a new deadline of March 30, 2026. On March 25, 2026, Appellants moved for an additional 28-day extension. This Court granted that extension, setting a new deadline of April 27, 2026. On April 20, 2026, Appellants moved for an additional 29-day extension. This Court granted that extension, setting a new deadline of May 26, 2026. On May 20, 2026, Appellants moved for an additional 28-day extension. This Court granted

that extension, setting a new deadline of June 23, 2026. On June 17, 2026, Appellants moved for an additional 28-day extension. This Court granted that extension, setting a new deadline of July 21, 2026. On July 17, 2026, Appellants moved for an additional 14-day extension. This Court granted that extension, setting August 4, 2026, as the deadline for Appellants' brief and September 3, 2026, as the deadline for Appellees' brief. Appellants filed their opening brief on August 4, 2026, and a corrected opening brief on August 6, 2026. On August 18, 2026, Appellees moved for a 29-day extension. This Court granted that extension, setting a new deadline of October 2, 2026. On September 24, 2026, Appellees moved for an additional 28-day extension. This Court granted that extension, and the brief is currently due October 30, 2026.

An extension of 21 days will give Appellees additional time to adequately respond to the scope and complexity of issues raised by Appellants' opening brief and to coordinate among the numerous Appellees. Appellants' opening brief raises seven separate constitutional and statutory issues, each of which requires legal research and analysis. Additionally, Appellees must coordinate a response addressing these issues among more than two dozen Plaintiffs and their counsel.

For these reasons, the Court should grant this unopposed motion for a 21-day extension of time to file Appellees' response brief.

Dated: October 22, 2026

Respectfully submitted:

/s/ *Lindsay C. Harrison*

Lindsay C. Harrison
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
T: 202-639-6000
lharrison@jenner.com

Keren Zwick
Richard Caldarone
Mary Georgevich
NATIONAL IMMIGRANT JUSTICE CENTER
111 West Jackson Boulevard
Suite 800
Chicago, IL 60604
T: 312-660-1370
kzwick@immigrantjustice.org
rcaldarone@immigrantjustice.org
mgeorgevich@immigrantjustice.org

Melissa Crow
CENTER FOR GENDER & REFUGEE STUDIES
1901 Pennsylvania Avenue, NW
Suite 900, PMB 228
Washington, DC 20006
T: 202-355-4471
crowmelissa@uclawsf.edu

Daniel Hatoum
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 219
Alamo, Texas 78516
T: 512-474-5073, ext. 208
daniel@texascivilrightsproject.org

Lee Gelernt
Omar C. Jadwat
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: 212-549-2660
lgelernt@aclu.org
ojadwat@aclu.org

Morgan Russell
Cody Wofsy
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
425 California Street, Suite 700
San Francisco, CA 94104
T: 415-343-0770
mrussell@aclu.org
cwofsy@aclu.org

Arthur B. Spitzer
Scott Michelman
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th Street, NW, Suite 420
Washington, D.C. 20045
T: 202-457-0800
aspitzer@acludc.org
smichelman@acludc.org

Ashley Alcantara Harris
David A. Donatti
AMERICAN CIVIL LIBERTIES FOUNDATION OF TEXAS

P.O. Box 8306
Houston, TX 77288
T: 713-942-8146
aharris@aclutx.org
ddonatti@aclutx.org

*Attorneys for Plaintiffs-Appellees*

## CERTIFICATE OF COMPLIANCE WITH FED. R. APP. P 27(D)(2)(A)

Pursuant to Fed. R. App. P. 27(d)(2)(A), I hereby certify that the preceding motion complies with the type-volume limitation of the Rules, containing 477 words, excluding the parts of the document exempted by Federal Rules of Appellate Procedure 32(f). I further certify that the document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365, in 14-point Times New Roman font.

*/s/ Lindsay C. Harrison*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2026, I caused this document to be filed through the ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Lindsay C. Harrison*