# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5313** **September Term, 2026**

**1:24-cv-01702-RC**

**Filed On: October 26, 2026** **[2200338]**

Las Americas Immigrant Advocacy Center, et al.,

Appellees

v.

United States Department of Homeland Security, et al.,

Appellants

## O R D E R

Upon consideration of appellees' unopposed motion for extension of time to file the response brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | November 20, 2026 |
| Appellants' Reply Brief | December 11, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk